**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rohan Alexander WALTERS, a/k/a
Dave, a/k/a Rohan Williams,
Defendant–Appellant.**

No. 09–7643.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 5, 2010.

Decided: May 11, 2010.

Rohan Alexander Walters, Appellant Pro Se. Gary L. Call, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before TRAXLER, Chief Judge, and NIEMEYER and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rohan Alexander Walters appeals the district court's order denying his petition for writ of audita querela. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Walters,* Nos. 2:97–cr–00157–2; 2:09–cv–00589 (S.D.W.Va. Aug. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*